UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL W. WALTERS, )
      Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:12-CV-563-BO**
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
      Defendant. )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on March 5, 2013, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)

DATE                                         JULIE A. RICHARDS, CLERK
March 5, 2013                           /s/ Susan K. Edwards
                                                 (By) Susan K. Edwards, Deputy Clerk